FILED

03/25/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 17-0653

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 17-0653

STATE OF MONTANA,

Plaintiff and Appellee,

v.

JEROMEY GLENN JONES,

Defendant and Appellant.

FILED

MAR 25 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

ORIGINAL

Appellant, Jeromey Glenn Jones, has filed a Petition for Rehearing. This Court issued its Opinion in the above entitled action on January 14, 2020. We will grant a petition for rehearing only upon the following grounds: that the Court overlooked some fact material to the decision; that the Court overlooked some question presented by counsel that would have proven decisive to the case; or that the Court's decision conflicts with a statute or controlling decision not addressed by the Court. M. R. App. P. 20(1)(a).

Upon review of the Appellant's Petition, this Court determines that none of the conditions listed in M. R. App. 20(1)(a) have been met. Accordingly,

IT IS ORDERED that the Appellant's petition for rehearing is DENIED.

IT IS FURTHER ORDERED that the Clerk of this Court give notice of this Order to counsel of record and to the Honorable Robert L. Deschamps III, Presiding Judge.

DATED this 24 day of March, 2020.

_____
Chief Justice

_____

_____

Justices